QUINN EMANUEL URQUHART & SULLIVAN, LLP
John M. Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Amy H. Candido (Bar No. 237829)
amycandido@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Applicant
S3 GRAPHICS CO. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>S3 GRAPHICS CO. LTD.,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Apple Inc. for Use in Foreign Proceedings. | Case No.  12-80150 RS (MEJ)<br><br>[~~PROPOSED~~] ORDER GRANTING S3 GRAPHICS' EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS AND SUPPORTING MEMORANDUM |

This matter comes before the Court in the *Ex Parte* Application of S3 Graphics Co. Ltd. for an Order to Obtain Discovery for Use in Foreign Proceedings pursuant to 28 U.S.C. § 1782(a) ("the Application"), which seeks documents from Apple Inc. in connection with six separate patent infringement actions pending between S3 Graphics and Apple Inc. along with certain of Apple's European subsidiaries (iTunes SARL, Apple Sales Int'l Pty. Ltd., Apple GmbH and Apple Retail GmbH, collectively, "Apple"), and between S3 Graphics and independent distributors of Apple products in Europe (GRAVIS Computervetriebsgesellschaft GmbH and ComLine GmbH, collectively, "the Distributors"). These lawsuits allege that certain Apple systems and products, and the supply of these systems and products by Apple and the Distributors, infringe two S3 Graphics European patents relating to computer graphics.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing,

**HEREBY GRANTS** the Application of S3 Graphics.

**IT IS HEREBY ORDERED THAT S3 GRAPHICS IS GRANTED LEAVE TO** issue a subpoena for documents in substantially the form attached as Exhibit B to the Application, directing Apple to produce the documents requested in the subpoena at the offices of counsel for S3 Graphics, 50 California Street, 22nd Floor, San Francisco, CA 94111, or another location mutually agreeable to S3 Graphics and Apple.

It is further **ORDERED** that copies of the Application and Memorandum in Support thereof and this order shall be mailed to the following:

Apple Inc.
1 Infinite Loop
Cupertino, CA 95014

**IT IS SO ORDERED.**

DATED: July 17, 2012



Judge Maria-Elena James
United States

\*\*\* In granting S3 Graphics' leave to serve the subpoena atttached as Exhibit B to the Application, this Court does not intend to foreclose any valid objections that may be raised with respect to the information sought.

-2-
[PROPOSED] ORDER GRANTING
S3 GRAPHICS' EX PARTE APPLICATION
PURSUANT TO 28 U.S.C. § 1782